COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Trokamed GmbH v. Richard Vieira and Christy Vieira, Individually, and Richard Vieira as Representative of the Estate of Janice C. Vieira and Market Tiers, Inc. d/b/a Blue Endo |
| Appellate case number: | 01-17-00485-CV |
| Trial court case number: | 2016-60164 |
| Trial court: | 234th District Court of Harris County |

Appellees, Richard Vieira and Christy Vieira, Individually, and Richard Vieira as Representative of the Estate of Janice C. Vieira (collectively "Viera"), have filed an "Unopposed Motion for Extension of Time to Appellees' Brief Due to Extraordinary Circumstances." Viera's brief was initially due on September 26, 2017. After this Court granted a second motion for an extension, the brief was due on November 6, 2017, with no extensions absent extraordinary circumstances. Viera now asks us to extend the time for filing their brief to five days "after the Sealed Supplemental Record is made available to all counsel of record." The motion is **granted in part.**

**Viera's brief is due to be filed in this appeal no later than 20 days from the date of this order.** *See* TEX. R. APP. P. 38.6(b), (d); *see also id.* 28.1. No further extensions will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
☑ Acting individually   ☐ Acting for the Court

Date: November 7, 2017